ORDER:
Motion granted in part. The stay of discovery provided in Fed. R. Civ. P. 26(d)(1) is LIFTED.

E. Clifton Knowles
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EMMA, INC.,           )
                      )
    Plaintiff,        )
                      )     Case No. _____
v.                    )
                      )
MICROSTRATEGY, INC.,  )
                      )
    Defendant.        )

### PLAINTIFF'S MOTION TO EXPEDITE CASE MANAGEMENT CONFERENCE AND DISCOVERY

Pursuant to Fed. R. Civ. P. 16 and L.R. 16.01, Plaintiff Emma, Inc. respectfully respects that the Court expedite a case management conference and discovery in this case. As grounds for this motion, Plaintiff submits that (among other relief) it is seeking injunctive relief against Defendant for trademark infringement and dilution. Plaintiff intends to formally file a motion for preliminary injunction under Fed. R. Civ. P. 65(a) once a limited amount of initial preliminary discovery is undertaken. Along those lines, Plaintiff is serving Defendant with interrogatories and requests for production along with the Complaint and Summons.

As set forth in Plaintiff's Complaint, Plaintiff has incurred irreparable harm as a result of Defendant's unlawful actions, and it will continue to incur irreparable harm until Defendant's conduct ceases. Therefore, Plaintiff requests that the Court conduct an expedited case management conference and expedite certain discovery deadlines so that Plaintiff may be in a position to posture its anticipated motion for preliminary injunction for prompt adjudication.