IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EMMA, INC., )
　) 
　Plaintiff, ) Case No. 3:11-cv-00926
　)
v. ) JUDGE CAMPBELL
　) MAGISTRATE JUDGE KNOWLES
MICROSTRATEGY INCORPORATED, )
　)
　Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Emma, Inc. and Defendant MicroStrategy Incorporated hereby stipulate that this action is hereby dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

July 12, 2012

David L. Johnson
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 503-9131
Fax: (615) 503-9101
david.johnson@buttersnow.com

Peter J. Willsey
Cooley LLP
777 6th Street, N.W.
Washington, D.C. 20001
Tel: (202) 842-7845
Fax: (202) 842-7899
pwillsey@cooley.com

*Attorneys for Plaintiff Emma, Inc.*

Respectfully submitted,

Robb S. Harvey (BPR # 011319)
WALLER LANDSEN DORTSCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 244-6380
Fax: (615) 244-6804
robb.harvey@wallerlaw.com

Neil K. Roman
Hope Hamilton
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel: (202) 662-6000
Fax: (202) 778-5695
nroman@cov.com
hhamilton@cov.com

*Attorneys for Defendant MicroStrategy Incorporated*